IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NOS. 2:23-MJ-410 |
| v. | |
| FAISAL M. DAROD, | |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

Attorney Jeffrey T. Stavroff hereby enters his appearance as counsel for Defendant Faisal M. Darod in the above-captioned case.

    Respectfully submitted,

    THE STAVROFF LAW FIRM

    **/s/ Jeffrey T. Stavroff**
    JEFFREY T. STAVROFF (0087715)
    772 South Front Street
    Columbus, Ohio 43206
    T:  614.817.1660
    F:  614.368.1100
    jeff@stavrofflaw.com

    *Counsel for Defendant Faisal M. Darod*

1

2

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was submitted electronically on July 10, 2023 to:

- **NOAH R. LITTON**
  Assistant United States Attorney
  United States Attorney's Office
  Southern District of Ohio
  303 Marconi Boulevard
  Suite 200
  Columbus, OH 43215
  T: 614.469.5715
  F: 614.469.5653
  noah.litton@usdoj.gov

                                      **/s/  Jeffrey T. Stavroff**
                                      JEFFREY T. STAVROFF (0087715)